# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

JONATHAN PORTER                                            PLAINTIFF

v.                       Case No. 4:16-cv-00792-KGB/JTK

DOES, *et al.*,                                            DEFENDANTS

## ORDER

The Court has received Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). The parties have not filed objections to the Proposed Findings and Recommendations. After careful review of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (Dkt. No. 10). This action is dismissed without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this the 17th day of January, 2018.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Court Judge