IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JONATHAN PORTER                                                                PLAINTIFF

v.                        Case No. 4:16-cv-00792 KGB/JTK

DOES, *et al.*                                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

So ordered this the 17th day of January, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Court Judge